UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

IN RE:                                              )
                                                    )   Chapter 7
KYLE A. NAVE                                        )   Bankruptcy Case No. 13-72140
AMANDA M. NAVE                                      )
                          Debtors                   )

## MOTION TO ALLOW AND PAY CLAIM

NOW COMES the Trustee in the above-captioned matter, and in support of this motion, states as follows:

1. On November 11, 2013, the Debtors filed a voluntary petition for relief pursuant to chapter 7 of the United States Bankruptcy Code.

2. The Trustee is the duly appointed, qualified and serving chapter 7 trustee in the case.

3. The Trustee sold the estate's interest in a 2006 Ranger Z22 Boat, Hull Identification No. RNG7V181H506 ("Ranger Boat") for $12,200 following motion and Court order (Doc. 64, 102).

4. Subsequent to filing the motion but prior to the sale, the Trustee learned that Debtor Kyle Nave had requested service on the Ranger Boat postpetition on December 10, 2013 from Sixteen Marine, a marina in Shelbyville where the Ranger Boat was kept from that time until the Trustee's auctioneer picked up the Ranger Boat before the October 16, 2014 auction.

5. Sixteen Marine incurred charges for parts and labor in the amount of $6,559.42, but has agreed to accept $6,094.42, an amount representing the cost of parts and sales tax, in full satisfaction of any claim it has against the estate. A copy of the service bill is attached as Exhibit A.

6. The Trustee seeks permission to allow Sixteen Marine an administrative claim in the amount of $6,094.42 pursuant to 11 U.S.C. § 503(a), and pay the claim from the proceeds of

the sale of the Ranger Boat in full satisfaction of any claim Sixteen Marine has or may have against the estate.

7.     The proper party to pay this claim was the subject of some dispute, due to the lack of notice to the estate or authorization for the Debtor to incur such charges. However, in the balance of the consideration of all the factors in this case, the Trustee believes payment of this claim by the estate is fair because the Ranger Boat was only made operational by the services provided by Sixteen Marine.

WHEREFORE, the Trustee respectfully requests that the Court enter an order (1) allowing a postpetition administrative claim to Sixteen Marine in the amount of $6,094.42; (2) authorizing her to pay the amount of $6,094.42 to Sixteen Marine from the proceeds of the sale of the Ranger Boat as an administrative claim pursuant to 11 U.S.C. § 503(a) in full satisfaction of any claim it has or may have against the estate, and (3) granting such and further relief as it may deem just.

                                            CHAPTER 7 TRUSTEE

Dated: November 20, 2014                    /s/ Jeana K. Reinbold
                                            Jeana K. Reinbold
                                            P.O. Box 7315
                                            Springfield, IL 62791-7315
                                            (217) 801-4090