**IT IS SO ORDERED.**

**SIGNED THIS: December 15, 2014**

_____
**Mary P. Gorman
United States Chief Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 7 |
| KYLE A. NAVE | ) Bankruptcy Case No. 13-72140 |
| AMANDA M. NAVE | ) |
| Debtors | ) |

ORDER GRANTING MOTION TO ALLOW AND PAY CLAIM

The Trustee's Motion to Allow and Pay Claim (Doc. 141) ("Motion") having been filed with the Court, no objections having been filed,

IT IS HEREBY ORDERED THAT:

1.   The Motion is allowed;

2.   Sixteen Marine is allowed a postpetition administrative claim in the amount of $6,094.42;

3.   The Trustee is authorized to pay the amount of $6,094.42 from the proceeds of the sale of the Ranger Boat (Doc. 132) in full satisfaction of any claim Sixteen Marine has or may have against the estate.

###